# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

## CASE NO.: 7:24-cv-00047-WLS

MICHAEL SEAN RUSSELL,

       Plaintiff,

v.

MILLER HARDWARE COMPANY LLC,

       Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff MICHAEL SEAN RUSSELL and Defendant MILLER HARDWARE

COMPANY LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each

party to bear its own costs, attorneys' fees and expenses.

Dated:  December 17, 2024          Respectfully submitted,


*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
Georgia Bar Number: 377422
Evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Michael Sean Russell*


*/s/William Justin Purvis (with permission)*
WILLIAM JUSTIN PURVIS
justinpurvis@youngthagard.com
801 Northwood Park Dr
Valdosta, GA 31602
Phone: 229-242-2520

and

LANCE D. STEPHENS
lancestephens@youngthagard.com
2841 N Patterson St
Valdosta, GA 31602
Phone: 229-242-2520

*Counsel for Defendant Miller Hardware*


SO ORDERED this _18th_ day
of _December_, _2024_

_W. Louis Sands_

W. Louis Sands, Sr. Judge
United States District Court

*Company LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** was

filed electronically on December 17, 2024. Notice was sent by operation of the Court's

electronic filing system to counsel for all parties on the date of filing, including:

William Justin Purvis
801 Northwood Park Dr
Valdosta, GA 31602
Phone: 229-242-2520
Email: justinpurvis@youngthagard.com

*Counsel for Defendant Miller Hardware*
*Company LLC*

Lance D. Stephens
2841 N Patterson St
Valdosta, GA 31602
Phone: 229-242-2520
Email: lancestephens@youngthagard.com

*Counsel for Defendant Miller Hardware*
*Company LLC*

Parties may access this filing through the Court's electronic filing system.

This 17th day of December, 2024.

/s/Evan A. Andersen
EVAN A. ANDERSEN