IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL SEAN RUSSELL, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-47 (WLS) |
| | * |
| MILLER HARDWARE COMPANY LLLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk